### H. A. WATERMAN *v.* D. G. HOLMES.

*Beginning and conclusion of plea in abatement.*

A plea in abatement, alleging matters *dehors* the record, which both begins
and concludes with praying judgment, is defective.

Replevin.　Heard upon general demurrer to the defendant's
plea in abatement at the December Term, 1889, Powers, J., pre-
siding.　Demurrer sustained.　The defendant excepts.

The plea in abatement was as follows :

" Now comes the defendant and prays the writ in the above
cause may be abated because the writ was served by the officer
before he took any bond to the said defendant in this case, and
said writ was served in no other way or time, all which defend-
ant is ready to verify by proof and the writ, officer's return and
bond in said case filed, wherefore defendant prays said writ may
be abated and for his costs."

*Hendee & Fisk* and *B. A. Hunt,* for the defendant.

*C. P. Hogan* and *P. K. Gleed,* for the plaintiff.

The plea is defective since, while alleging matters *dehors* the
record, it begins with a prayer for judgment.　*Smith* v. *Chase,*
39 Vt. 89.

The opinion of the court was delivered by

Taft, J.　The plea in abatement begins and concludes with
praying judgment.　The matter pleaded is *dehors* the record.
The plea should not begin, but conclude, with such prayer.　In

---

---

*Landon* v. *Roberts*, 20 Vt. 286, the plea was defective for other reasons, and in *Gray* v. *Flowers*, 24 Vt. 533, it was treated as a motion to dismiss; the precise point was not adjudged in either case. The *commencement* and *conclusion* of a plea, when alike, define its character; are forms which tend to clearness and precision; in fact, "they make the plea," and a mistake in either in a plea in abatement is fatal. Whatever may have been written against the technical rules applied to pleas in abatement, a form which determines whether a plea is in abatement or bar is certainly not useless, and a prayer of judgment in the beginning should not be regarded as surplusage as suggested by the learned judge in the first case above cited.

*Judgment affirmed and cause remanded.*